UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                )
WMC MORTGAGE CORP.,             )
            Plaintiff           )
                                )
            v.                  )        CIVIL ACTION
                                )        NO.09-10437-NMG
MASSACHUSETTS PROPERTY          )
INSURANCE UNDERWRITING          )
ASSOCIATION,                    )
            Defendant.          )
                                )
```

**ORDER**

Having considered the objections of both parties to the
Report and Recommendation and, because the Magistrate Judge's
determination that 1) the plaintiff is entitled to summary
judgment on Count I, 2) the defendant is entitled to sumary
judgment on Counts II and III and 3) the defendant is entitled to
its costs and attorney's fees is sound and well-reasoned, the
Report and Recommendation (Docket No. 30) is accepted and
adopted.

**So Ordered.**

Nathaniel M. Gorton
United States District Judge

Dated: September 22 , 2010